UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>A. RESTIVO, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-00797-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 22)<br><br>Judge:　　　The Honorable Erica P. Grosjean<br>Trial Date:　Not Set<br>Action Filed:　June 8, 2020 |

　　Good cause appearing, Defendants' First Request for Extension of Time to File Responsive Pleading (ECF No. 22) is GRANTED. Defendants shall respond to the complaint on or before May 19, 2021.

IT IS SO ORDERED.

　　Dated: __**April 28, 2021**__　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1