UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>                           Plaintiff,<br><br>    v.<br><br>A. RESTIVO, et al.,<br><br>                          Defendants. | Case No. 1:20-cv-00797-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 38) |

      Devonte Harris ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On December 10, 2021, Defendants filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust the available administrative remedies with respect to the allegations asserted in this action. (ECF No. 36). On January 11, 2022, Plaintiff filed a motion for an extension of time to file a response. (ECF No. 38). Plaintiff states that he is attempting to access his stored legal property, which contains the exhausted appeals, but he has not yet done so because of staff shortages during the holidays that are affecting his law library access.[1]

      The Court finds good cause to grant Plaintiff's motion.

---

[1] Plaintiff states that his deadline to respond to the motion for summary judgment passed on December 28, 2021. However, this is not accurate. Pursuant to the Court's scheduling order, "[t]he deadline to file oppositions to dispositive motions, including motions for summary judgment, is thirty days from the date the motion is filed." (ECF No. 31, p. 6).

1

1     Accordingly, IT IS HEREBY ORDERED that Plaintiff has thirty days from the date of
service of this order to file his response to Defendants' motion for summary judgment.

    While the Court is granting Plaintiff's request for an extension of time, the Court notes that Plaintiff did not file any evidence regarding his attempts to access the law library or paging services, or the Institution's response(s) to his request(s).  If Plaintiff needs an additional extension of time to file his opposition, he should include such evidence with his motion for an extension of time.  If Plaintiff fails to include such evidence, the Court may deny Plaintiff's motion.

IT IS SO ORDERED.

    Dated: __**January 12, 2022**__             /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE