UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>                          Plaintiff,<br><br>   v.<br><br>A. RESTIVO, et al.,<br><br>                         Defendants. | Case No. 1:20-cv-00797-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS<br><br>(ECF No. 47)<br><br>Judge:       The Hon. Erica P. Grosjean<br>Trial Date:  Not Set<br>Action Filed:  June 8, 2020 |

On April 8, 2022, Defendants filed a motion for administrative relief re: extending deadline to file discovery motions. (ECF No. 47). Defendants deposed Plaintiff on March 28, 2022. Plaintiff did not produce all of the documents at the deposition that Defendants requested because responsive documents were stored in boxes and Plaintiff needed to request that these boxes be brought to his cell. Plaintiff agreed to produce copies of responsive documents to defense counsel, "which then would be forwarded to the court reporter to be attached to the deposition transcript." (ECF No. 47, p. 3). However, defense counsel has not yet received copies of the requested documents. Accordingly, Defendants ask the Court "to extend the time to file a motion to compel production of documents requested in the Notice of Taking Deposition by Videoconference with Request for Production of Documents by sixty days to June 7, 2022.

1  Defendants do not request that any other case deadlines be modified." (Id.).

2  **GOOD CAUSE APPEARING,** Defendants' motion for administrative relief re-extending
3  deadline to file discovery motions is GRANTED. The deadline to file discovery motions
4  regarding the documents requested in the Notice of Taking Deposition by Videoconference with
5  Request for Production of Documents is extended to June 7, 2022. No other deadlines contained
6  in the Scheduling Order are modified.

7  IT IS SO ORDERED.
8

9  Dated:  **April 11, 2022**                                /s/ Eric P. Gross
10                                                             UNITED STATES MAGISTRATE JUDGE