1

2

3

4

5  UNITED STATES DISTRICT COURT

6  EASTERN DISTRICT OF CALIFORNIA

7

8  DEVONTE B. HARRIS,

Case No. 1:20-cv-00797-JLT-EPG (PC)

9  Plaintiff,

ORDER DIRECTING DEFENSE COUNSEL
TO CONTACT ADR COORDINATOR
WITHIN FOURTEEN DAYS TO
SCHEDULE SETTLEMENT
CONFERENCE

10  v.

11

12  A. RESTIVO, et al.,

13  Defendants.

14

15        On December 19, 2022, the Court granted in part and denied in part Defendants' motion for

16  summary judgment.  (ECF No. 56).  As Plaintiff's section 1983 malicious prosecution claims

17  against defendants Levan and Restivo survived summary judgment (ECF Nos. 54 & 56), the

18  Court will require the parties to participate in a settlement conference before the case proceeds

19  further.  If the case does not settle, the Court will issue an additional scheduling order for the

20  deadlines to proceed to trial.

21        Accordingly, IT IS ORDERED that defense counsel has fourteen days from the date of

22  service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to

23  schedule a settlement conference.

IT IS SO ORDERED.

24

25    Dated:   __January 11, 2023__            /s/ _Erica P. Grosjean_

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28