UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>                              Plaintiff,<br><br>     v.<br><br>A. RESTIVO, et al.,<br><br>                             Defendants. | Case No. 1:20-cv-00797-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTING PRETRIAL CONFERENCE AND TRIAL<br><br>(ECF No. 58) |

      Devonte Harris ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On January 12, 2023, Plaintiff filed a motion for setting pretrial conference and trial. (ECF No. 58). Plaintiff states that on December 19, 2022, the Court denied Defendants' motion for summary judgment on Plaintiff's malicious prosecution claims, that Defendants previously opted out of a settlement conference, and that there are currently no scheduled proceedings. Accordingly, Plaintiff asks the Court to set the pretrial conference and the trial.

      While Plaintiff did not receive the order before filing his motion, on January 11, 2023, the Court ordered the parties to participate in a settlement conference and noted that, "[i]f the case does not settle, the Court will issue an additional scheduling order for the deadlines to proceed to trial." (ECF No. 57, p. 1). And, Plaintiff does not provide any reason as to why the Court should set the pretrial conference and the trial before the parties participate in a settlement conference.

1

Accordingly, IT IS ORDERED that Plaintiff's motion for setting pretrial conference and trial is denied. The Court will set further dates to proceed to trial if the case does not resolve at the settlement conference.

IT IS SO ORDERED.

Dated: **January 13, 2023**         /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE