UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>A. RESTIVO, et al.,<br><br>Defendants. | Case No. 1:20-cv-00797-JLT-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A NOTICE OF CHANGE OF ADDRESS FORM |

Plaintiff Devonte Harris is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. In conjunction with issuing a writ for the upcoming settlement conference on August 29, 2023, the Court has discovered, according to CDCR's publicly available information about inmate location, that Plaintiff is no longer confined at California State Prison. Rather, Plaintiff is now listed as confined at California Men's Colony.

Given these circumstances, the Court will direct Plaintiff to submit a change of address form, confirming his address at California Men's Colony (or any other institution of confinement) or stating that his address at California State Prison remains the same.

Further, the Court advises Plaintiff that it is his responsibility to keep the Court updated as to any address changes throughout this case, and his failure to do so could result in the dismissal of this action. *See* Local Rule 183(b).

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is directed to mail Plaintiff a notice of change of address form along with a copy of this order to (1) Plaintiff's current address on the docket, and (2) California Men's Colony, Devonte B. Harris, P-73399, P.O. Box 8103, San Luis Obispo, CA 93409-8103.
2. By no later than August 10, 2023, Plaintiff shall return the completed form, either confirming his address at California Men's Colony (or any other institution of confinement) or stating that his address at California State Prison remains the same.
3. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 26, 2023**                             /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE