UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>A. RESTIVO, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00797-JLT-EPG (PC)<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 70) |

      On September 19, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 70). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

      Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  **September 20, 2023**                    /s/ *Erica P. Grosjean*
                                                             UNITED STATES MAGISTRATE JUDGE

1